**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRIGETTE BAKER,

        Plaintiff,

v.                                Case No: 6:11-cv-1469-Orl-36GJK

WYNDHAM WORLDWIDE, WYNDHAM
VACATION RESORTS, WYNDHAM
RESORT and DOES 1 TO 50,

        Defendants.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly on August 17, 2012 (Doc. 54). Magistrate Judge Kelly recommends that the Court grant Defendants Wyndham Worldwide ("WWW") and Wyndham Vacation Resorts' ("WVR") (collectively "Defendants") Motion to Strike Plaintiff Brigette Baker's ("Plaintiff") Demand for Jury Trial (Doc. 41). Doc. 54, p. 9. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court agrees with the Magistrate's finding that the jury trial waiver clearly and unambiguously informed the Plaintiff that she was waiving the right to a jury trial for any claim arising out of her employment. Doc. 54, p. 8. Also, the Court agrees with the Magistrate's finding that given the numerous discrepancies between Plaintiff's declaration, the allegations in her Amended Complaint, and her testimony during the Court's evidentiary hearing on the issue, Plaintiff's testimony regarding the completion and signature of her job application is not credible. *Id.*, p. 10; *see* Docs. 20, 53. Thus, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of

the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Doc. 54) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2) Defendants' Motion to Strike Plaintiff's Demand for Jury Trial (Doc. 41) is **GRANTED**.

3) Plaintiff's Demand for Jury Trial is **STRICKEN.**

**DONE** and **ORDERED** in Orlando, Florida on September 5, 2012.

Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
Unrepresented Parties
U.S. Magistrate Judge Gregory J. Kelly

2